Per Curiam.

---

# THIRD DISTRICT.

---

The People of the State of Illinois, defendant in error, v. Emma Berry, plaintiff in error.

Conviction on charge of selling intoxicating liquor in anti-saloon territory. Error to the City Court of Mattoon; the Hon. John McNutt, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Ira Powell, for plaintiff in error.　Emery Andrews, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Mabel Casteel, plaintiff in error, v. Springfield Consolidated Railway Company, defendant in error.

Action to recover for injuries received by an alighting passenger. Judgment for defendant.　Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.　Heard in this court at the October term, 1919.　Reversed and remanded.　Opinion filed April 27, 1920.

John W. Sheehan and Robert H. Patton, for plaintiff in error. A. M. Fitzgerald and Harleigh H. Hartman, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.